FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -6 PM 12: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD NICHOLS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-103 |
| ALBERTO GONZALES | * | SECTION: "C" |

**MOTION AND INCORPORATED MEMORANDUM
FOR EXPEDITED HEARING ON PETITION FOR HABEAS
CORPUS RELIEF PURSUANT TO 28 U.S.C. 2241**

**COMES NOW** defendant Donald Nichols, who, through undersigned counsel, respectfully moves this Honorable Court for the entry of an order granting him an expedited hearing on petitioner's application for Habeas Corpus Relief Pursuant to 28 U.S.C. 2241.

An expedited hearing on petitioner's application for Habeas Corpus Relief Pursuant to 28 U.S.C. 2241 is necessary to resolve the issues raised therein.

Respectfully submitted this 6th day of January, 2006.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

ROBERT F. BARNARD
Assistant Federal Public Defender
500 Poydras Street, Suite 318HB
New Orleans, Louisiana 70130
(504) 589-7930
Bar Roll No. 2760

___ Fee ___
___ Process ___
X   Dktd ___
✓   CtRmDep ___
___ Doc. No ___

## **CERTIFICATE**

I hereby certify that a copy of the foregoing Motion for Expedited Hearing on the Petition for Habeas Corpus Relief Pursuant to 28 U.S.C. 2241 has been served on Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130, by hand-delivering same this 6th day of January, 2006.

_____
ROBERT F. BERNARD
Assistant Federal Public Defender