UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 18 AM 7: 25
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DONALD NICHOLS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-103 |
| ALBERTO GONZALES | * | SECTION: "C" |

## ORDER

The foregoing considered,

**IT IS ORDERED** that the Motion for Expedited Hearing of petitioner's application for Habeas Corpus Relief Pursuant to 28 U.S.C. 2241 in the captioned matter be ~~granted~~ DENIED, and that a ~~hearing~~ STATUS CONFERENCE be held on the 31st day of January, 2006, at 3 o'clock P.M.

New Orleans, Louisiana, this 17 day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
 X  Dktd _____
 ✓  CtRmDep _____
___ Doc. No _____