

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD NICHOLS** | * | CIVIL ACTION |
| v. | * | NO: 00-103 |
| **ALBERTO GONZALES** | * | SECTION: "C" |
| | * * * | |

**UNITED STATES' RESPONSE IN OPPOSITION TO
DONALD NICHOLS' PETITION FOR HABEAS CORPUS RELIEF
PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 2241**

**COMES NOW** the United States of America, appearing herein by and through the undersigned Assistant United States Attorney and requests that petitioner's motion for Habeas Corpus relief be denied for the following reasons;

**I.    Allegations**

Petitioner, Donald Nichols, alleges that he was wrongly arrested on January 4, 2006 as an escapee from a halfway house and request that this court reduce his sentence by four months so that he can be released immediately.

1

## II. Procedural History

On December 14, 2000, the Petitioner pled guilty to Count 1 of the indictment, in which he was charged with conspiracy to distribute cocaine base, in violation of Title 21, United States Code, Sections 841 and 846. On July 18, 2001, the Petitioner was sentenced to serve 60 months in the custody of the Bureau of Prisons followed by a three year term of supervised release. During his time in custody, Petitioner was allowed to participate in the Transitional Drug Abuse Treatment Program (500 hour drug program), which, if completed successfully would allow the Bureau of Prisons to reduce his sentence by one year.

## III. Facts of Escape Status

As part of this Drug Treatment Program, the Petitioner was placed in the Volunteers of America Halfway House approximately two months prior to Hurricane Katrina hitting New Orleans. Because of the evacuation of the City, Petitioner, was given a pass and allowed to leave the area. However, he was given instructions to contact the Bureau of Prisons to let them know where he was located and to await further instructions.

On September 14, 2005, Petitioner was contacted by the Director of the Volunteers of America (VOA) Halfway House and ordered to call Ms. McAlpin, who works with the United States Bureau of Prisons. As of October 27, 2005 neither the Bureau of Prisons nor the Volunteers of America Halfway House Staff had heard from Petitioner. Since his whereabouts were unknown, Petitioner was placed in escape status and the United States Marshal's Service was notified. Furthermore, on December 20, 2005, Ms. McAlpin spoke to petitioner and told him to turn himself in to the United States Marshal's Service. Petitioner was then arrested on January 4, 2006 by the

United States Marshals of the Eastern district of Louisiana. (See attached memo from the Bureau of Prisons to the United States Marshals Service).

IV.     **Current Status of Petitioner**

In response to this request for relief, the undersigned Assistant United States Attorney called Ms. Christina McAlpin of the Bureau of Prisons to determine why the defendant was placed in escape status and what the Bureau of Prisons intentions were concerning the remainder of his sentence. According to Ms. McAlpin, the Bureau of Prisons is actively trying to get Petitioner back to a halfway house where he can finish the drug treatment program. As there are no halfway houses being used in New Orleans, the closest place would be Baton Rouge. Ms. McAlpin indicated that she hoped that a bed would be available in the next two weeks. Once a bed is available Petitioner will be sent to the halfway house where he will be allowed to complete the drug treatment program and receive the one year reduction of his sentence. If the drug treatment program is not completed by the defendant, then he will not receive the benefit of the one year reduction.

Based on the foregoing, the United States respectfully request that the Petitioner's request be denied and that this matter be set for a status conference in three weeks to determine if the Bureau of Prisons has secured a spot for the Petitioner in a halfway house. The undersigned Assistant United States Attorney has spoken to Petitioner's counsel, Mr. Robert Barnard, concerning this

request. Mr. Barnard has indicated that he has no objection to setting this matter for a status conference in three weeks.

                Respectfully submitted,

                JIM LETTEN
                UNITED STATES ATTORNEY

                MAURICE E. LANDRIEU, JR.
                Assistant United States Attorney
                Bar Roll No. 22104
                Hale Boggs Federal Building
                Second Floor
                500 Poydras Street
                New Orleans, Louisiana 70130
                Telephone: (504) 680-3015

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _11_ day of _January_, 20_06_.

_Maurice E. Landrieu_
Assistant United States Attorney



U.S. Department of Justice
Federal Bureau of Prisons
Community Corrections Office

RECEIVED
2005 NOV 28 PM 2:43
EASTERN DISTRICT OF
LOUISIANA

October 27, 2005

501 Magazine Street, Suite 1211
New Orleans, Louisiana 70130

October 27, 2005

TO: United States Marshal, Eastern Louisiana
New Orleans

FROM: Christina McAlpin, Acting Community Corrections Manager
New Orleans

RE: Escaped Federal Prisoner/Request to file a detainer

Name: NICHOLS, Donald          Reg. No.: 271639-034

Current location:              UNKNOWN

FBI No.: 157750CB3

Date of Escape: 10-24-2005     Time: 2:00 PM

Sentence Date: 07-18-2001      Sentence: 60mnths/5srt

Offense: Conspiracy to Distribute Cocaine Base

Release Date: 12-03-2005

CIRCUMSTANCES:

Inmate Nichols is one of the inmates displaced from the New Orleans CCC due to Hurricane Katrina. Inmate Nichols was contacted by the VOA facility Director on 9/14/05 and ordered to call Ms. McAlpin, Acting CCM, New Orleans for reporting instructions. To date, no call has been received from inmate Nichols and his whereabouts are unknown.

cc: U. S. Probation Office, Eastern Louisiana, New Orleans