

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -2  PM 12: 06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-103 |
| DONALD NICHOLS | SECTION: "C" |

### O R D E R

**IT IS ORDERED** that petitioner's application for <u>habeas corpus</u> relief pursuant to Title 28, United States Code, Section 2241, erroneously docketed in this case as record document no. 103, is hereby severed from this criminal case.

**IT IS FURTHER ORDERED** that the Clerk allot this matter a civil action number and directly allot it to this section.

New Orleans, Louisiana, this __1st__ day of February 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

ALLOTTED TO

06-514

SECT. C MAG 2

___FEE_____
___PROCESS_____
_/_DKTD_____
_✓_CTRMDEP_____
DOCUMENT NO._____